UNITED STATES of America,
Plaintiff–Appellee

v.

Gerber Rene SALVADOR ESPINAL,
also known as Gerber Rene Salvador,
also known as Gerber Salvador Espi-
nal, also known as Jose Antonio Beni-
tez, also known as Gerber Salvador,
Defendant–Appellant.

No. 14–20635
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Margaret Christina Ling, Assistant
Federal Public Defender, Federal Public
Defender's Office, Houston, TX, for Defen-
dant–Appellant.

Before HIGGINBOTHAM, DENNIS,
and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Gerber Rene Salvador Espi-
nal has moved for leave to withdraw and
has filed a brief in accordance with *An-
ders v. California,* 386 U.S. 738, 87 S.Ct.
1396, 18 L.Ed.2d 493 (1967), and *United
States v. Flores,* 632 F.3d 229 (5th Cir.

2011). Salvador Espinal has not filed a
response. We have reviewed counsel's
brief and the relevant portions of the rec-
ord reflected therein. We concur with
counsel's assessment that the appeal pres-
ents no nonfrivolous issue for appellate
review. Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel
is excused from further responsibilities
herein, and the APPEAL IS DIS-
MISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.